PRISONER FILING A COMPLAINT UNDER
THE CIVIL RIGHTS ACT 42 USC § 1983

UNITED STATES DISTRICT COURT **FILED**
WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

NOV 3 0 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ N.T
DEPUTY

DAVID RAMIREZ
#22.4017
——— VS. ———
MIDLAND COUNTY
COURT OF LAW
441ST JUDICIAL DISTRICT
JUDGE ROBNETT

COMPLAINT

**7:20-CV-274**

## PRISONER COMPLAINT OF VIOLATION
## OF CIVIL RIGHTS

NOW COMES DAVID RAMIREZ, PLAINTIFF AND
FILE THIS COMPLAINT OF DEPRIVATION OF CIVIL
RIGHTS AGAINST MIDLAND COUNTY COURT OF LAW
441ST JUDICIAL DISTRICT, JUDGE ROBNETT AND FOR
GOOD CAUSE SHOWS THE FOLLOWING.

# I.

## PREVIOUS LAWSUITS

PLAINTIFF HAS NOT BEGUN OTHER LAWSUITS WHETHER IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHER WISE RELATING TO PLAINTIFF'S IMPRISONMENT.

# II

## CONFINEMENT

PLAINTIFF, DAVID RAMIREZ, #224017 IS IS CURRENTLY CONFINED AND RESTRAINED OF LIBERTY BY THE MIDLAND COUNTY SHERIFF'S DEPT. IN THE MIDLAND COUNTY DETENTION CENTER WITH NO BOND AND HAS BEEN INCARCERATED SINCE DECEMBER 20TH, 2019. LOCATED AT 400 S. MAIN ST., MIDLAND TX. 79701.

A. THERE IS A GRIEVANCE PROCEDURE IN THIS INSTITUTION. PLAINTIFF HAS FILED A GRIEVANCE WITH MIDLAND COUNTY JAIL COMPLAINING THAT PLAINTIFFS CIVIL RIGHTS WERE VIOLATED IN THE CAPACITY THAT HIS ALLEGED CRIME IS NOT A CAPITAL OFFENSE THAT QUALIFIES HIM TO BE BAILABLE AS LINED OUT IN THE US CONSTITUTION

# III.

## PARTIES TO THIS SUIT

### A. PLAINTIFF —

DAVID RAMIREZ
#224017

MAILING ADDRESS: PO BOX 11387
MIDLAND, TX. 79702

PHYSICAL ADDRESS: 400 S. MAIN ST.
MIDLAND TX. 79701

### B. DEFENDANT —

MIDLAND COUNTY COURTS AT LAW
441st JUDICIAL DISTRICT
JUDGE ROBNETT

PHYSICAL ADDRESS: 500 S. LORAINE ST.
SUITE 300
MIDLAND TX. 79701

# IV.

## JURISDICTION

THIS COMPLAINT IS BROUGHT PURSUANT TO 42 U.S.C. § 1983, AND JURISDICTION IS BASED ON 28 U.S.C. § 1343. PLAINTIFF ALLEGES THE DEFENDANT ACTED UNDER COLOR OF STATE LAW WITH REGARD TO THE FACTS STATED IN PART V OF THIS COMPLAINT

# V.

## STATEMENT OF CLAIM

ON DECEMBER 20TH, 2020, DAVID RAMIREZ WAS INTRODUCED INTO THE MIDLAND COUNTY JAIL FOR CAUSE NOS.

CR53648 - STALKING

CR52744 - BURGLARY OF HABITATION

CR52875 - FAILURE TO APPEAR

CR53177 - EVADING ARREST

AT THIS TIME JUDGE ROBNETT ISSUED A NO BOND ON ALL ABOVE CHARGES

PLAINTIFF COMPLAINS THAT HIS CIVIL
RIGHT TO BAIL WAS VIOLATED AT THIS TIME

TEXAS CONSTITUTION ARTICLE 1§11 MANDATES
THAT ALL PERSONS SHALL BE BAILABLE BEFORE
CONVICTION EXEPT DEATH IS A POSSIBLE
PUNISHMENT FOR THE OFFENSE OR OFFENSES
CHARGED OR THE PROOF IS EVIDENT OR THE
OR THE PRESUMTION IS GREAT THAT THE PLAINTIFF
IS GUILTY.

THE CHARGES PENDING AGAINST THE PLAINTIFF
ARE CHARGES WHERE DEATH IS NOT A POSSIBLE
PUNISHMENT, AND THEREFORE ENTITLES THE
ACCUSED TO STATUTORY RIGHT TO BAIL.

SINCE THE INDICTMENT IN THIS MATTER
S NOT EVIDENCE AND DOES NOT SATISFY THE
CONSTITUTIONAL REQUIRMENT "PROOF IS EVIDENT"

SINCE THE PLAINTIFF MUST BE PRESUMED
INNOCENT UNTIL PROVEN GUILTY, THE
CONSTITUTIONAL REQUIREMENT THAT THE
PRESUMPTION BE GREAT" THAT THE PLAINTIFF
MAY BE GUILTY IS NOT SATISFIED

# VI.

## RELIEF

A. PLAINTIFF WISHES FOR THE ASSISTANCE OF A MORE SUPERIOR COURT TO EVALUATE THE FACTS AS TO WHY PLAINTIFF IS CURRENTLY DEPRIVED OF STATUTORY RIGHT TO BAIL.

B. PLAINTIFF WISHES FOR THE MORE SUPERIOR COURT TO ENTER AN ORDER DIRECTING THAT BAIL BE SET FOR MENTIONED CAUSE NUMBERS.

C. PLAINTIFF WISHES FOR THE MORE SUPERIOR COURT TO SET BAIL AMOUNT THAT DOES NOT VIOLATE PLAINTIFFS CONSTITUTIONAL RIGHT 8TH AMENDMENT STATING EXCESSIVE BAIL SHALL NOT BE REQUIRED. PLAINTIFF RESPECTFULLY REQUEST THAT BAIL BE SET TO $2,500 FOR EACH OF THE 4 CAUSE NUMBERS STATED WITHIN THIS COMPLAINT, TOTALING $10,000.

D. WHILE PLAINTIFF REQUEST THAT PRIORITY BE SET IN ESTABLISHING BOND IN THIS MATTER, DAVID RAMIREZ ADDITIONALLY SEEKS MONETARY RELIEF, CLAIMING THAT IF COURT HAD NOT DEPRIVED PLAINTIFF HIS STATUTORY RIGHT TO BAIL ON DEC. 20, 2019 THAT PLAINTIFF COULD HAVE POSTED BOND AND CONTINUED HIS VACATION THAT CREATED AN INCOME FOR HIS FAMILY. PLAINTIFF CLAIMS HE AND HIS FAMILY WERE DEPRIVED IN INCOME FROM PLAINTIFF DURING HIS TIME OF INCARCERATION

WHEREFORE PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY REQUEST THAT THIS MORE SUPERIOR COURT TO EVALUTE THE FACTS AND GRANT RELIEF HEREIN REQUESTED

I, DAVID RAMIREZ, PLAINTIFF DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT

EXECUTED ON THE 23RD DAY OF NOVEMBER, 2020

DAVID RAMIREZ



LEGAL
MAIL

DAVID R [illegible]
#2257017
MIDLAND COUNTY
DETENTION CENTER
P.O. BOX 11871
MIDLAND X, TX [illegible]

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
200 E. WALL STREET
ROOM 222
MIDLAND TX 79701

WED 25 NOV 2020 PM
MIDLAND TX 797

CLERK U.
WESTERN [illegible]
BY:

NO[illegible]

RE